```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:KSD_CMECF_Security@ksd.uscourts.gov
Bcc:higgins803@aol.com,ksd_murguia_chambers@ksd.uscourts.gov,ksd_rushfelt_chambers@k
Message-Id:<690424@ksd.uscourts.gov>
Subject:Activity in Case 2:05-cv-02229-CM-GLR Murphy v. Carroll, M.D. et al "Order R
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Kansas

Notice of Electronic Filing

The following transaction was received from ll, entered on 7/8/2005 at 3:58 PM CDT and filed on 7/8/2005

**Case Name:**         Murphy v. Carroll, M.D. et al
**Case Number:**       2:05-cv-2229
**Filer:**
**Document Number:** 2

**Docket Text:**
ORDER REASSIGNING CASE. Case reassigned to Judge Gerald L. Rushfelt for all further pretrial proceedings. Judge David J. Waxse no longer assigned to case. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ll)

The following document(s) are associated with this transaction:

**2:05-cv-2229 Notice will be electronically mailed to:**

Steven A. Ediger     higgins803@aol.com,

**2:05-cv-2229 Notice will be delivered by other means to:**