# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SHIRLEY MURPHY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV508** |
| vs. ) | |
| ) | **ORDER** |
| **EDWARD S. CARROLL, M.D. and** ) | |
| **KEARNEY HEART AND LUNG** ) | |
| **SURGEONS, P.C.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the motion of Hal D. Meltzer and Marcos A. Barbosa for leave to withdraw as defense counsel (#21). Substitute counsel has entered an appearance. Accordingly,

**IT IS ORDERED** that motion to withdraw (#21) is granted. Hal D. Meltzer and Marcos A. Barbosa are given leave to withdraw as defense counsel.

**DATED December 5, 2005.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**