IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHIRLEY MURPHY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:05CV508** |
| | ) | |
| **EDWARD S. CARROLL, M.D. and** | ) | **ORDER** |
| **KEARNEY HEART AND LUNG** | ) | |
| **SURGEONS, P.C.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on defendant's Motion to Extend Deadline for filing a motion for summary judgment. For good cause shown, I find that the motion should be granted.

**IT IS ORDERED:**

1. Defendant's motion for extension of time [53] is granted. All motions for summary judgment shall be filed on or before **October 6, 2006**.

2. The motion for summary judgment filed on October 4, 2006 [55] is deemed timely filed.

3. In light of the November 27, 2006 trial date, all responses to all motions for summary judgment shall be filed on or before October 30, 2006, and no reply briefs will be allowed.

**DATED October 5, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**