IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHIRLEY MURPHY, | Case No. 8:05cv508 |
| Plaintiff, | |
| vs. | **ORDER** |
| EDWARD S. CARROLL, M.D., et al., | |
| Defendants. | |

Upon notice of settlement given to the magistrate judge by Steve Ediger, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **November 17, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned magistrate judge at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for November 13, 2006 and the jury trial st for November 27, 2006 are cancelled upon the representation that this case is settled.

Dated this 18th day of October 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge