IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |  | |
|---|---|---|---|
| **SHIRLEY MURPHY,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| vs. | ) | | 8:05CV508 |
| | ) | | |
| **EDWARD S. CARROLL, M.D. and** | ) | | ORDER |
| **KEARNEY HEART AND LUNG** | ) | | |
| **SURGEONS, P.C.,** | ) | | |
| | ) | | |
| **Defendants.** | ) | | |

This matter is before the court on the parties' STIPULATION FOR DISMISSAL WITH PREJUDICE [60]. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

**IT IS ORDERED** that this action is hereby dismissed with prejudice to the filing of any future action, each party to pay its own costs and complete record waived.

**DATED October 23, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**